USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/11/2019

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**---------------------------------------------------------------X**

**OTTO RAFAEL PENA,**

**Plaintiff,**

**-against-**

**SCANDINAVIAN HOMES, LLC, et al.,**

**Defendants.**

**---------------------------------------------------------------X**

**19-CV-06018 (SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

The parties attended court-ordered mediation in this Fair Labor Standards Act case and reached agreement on all issues. See ECF No. 23. Counsel for the parties submitted their proposed settlement agreement on December 9, 2019. ECF No. 29. The settlement is APPROVED. The parties shall file an executed version of the agreement on ECF.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED: December 11, 2019
New York, New York