UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

OTTO RAFAEL PENA,

                      **Plaintiff,**

    -against-

SCANDINAVIAN HOMES, LLC, et al.,

                      **Defendants.**

-----------------------------------------------------------------X

19-CV-06018 (SN)

ORDER

**SARAH NETBURN, United States Magistrate Judge:**

On December 11, 2019, the Court approved the settlement agreement in this Fair Labor Standards Act Case and directed the parties to file an executed version of the agreement. See ECF No. 30. An executed version of the settlement agreement was filed on January 17, 2020. ECF No. 32. Accordingly, because the Court has approved the settlement agreement, this action is DISMISSED with prejudice but with leave to reopen by February 17, 2020.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:     January 21, 2020
                New York, New York